# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Johnny Murphy | Case No.1:10-cv-8049 |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| NCO Financial Systems, Inc. | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the present action without prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Sessions, Fishman, Nathan & Israel, LLC |
| By: /s/ Timothy J. Sostrin | By: /s/ with consent of Nicole Marie Barrett |
| Timothy J. Sostrin | Nicole Marie Barrett |
| 233 S. Wacker Drive, Suite 5150 | 55 W. Monroe Street, Suite 1120 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| Telephone: 866.339.1156 | Telephone: 312-578-0992 |
| Fax: 312-822-1064 | Fax: 312-578-0991 |
| Email: tjs@legalhelpers.com | Email: nbarrett@sessions-law.biz |
| Attorneys for Plaintiff | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2011, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Nicole M. Barrett
Sessions, Fishman, Nathan & Israel, LLC
nbarrett@sessions-law.biz

                                                  /s/ Timothy J. Sostrin